**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Peter S. Pearlman, Esq.
psp@njlawfirm.com
Park 80 Plaza West – One
Saddle Brook, NJ 07663
Tel: (201) 845-9600
Fax: (201) 845-9423

**LYNCH LAW FIRM, P.C.**
Paul I. Perkins, Esq.
paulperkins@lynchlawyers.com
45 Eisenhower Drive, 3d Floor
Paramus, NJ 07652
Tel: (800) 656-9529
Fax:(888) 271-9726
*Attorneys for the Plaintiff and the Class*

| | |
|---|---|
| AL KOWALSKI d/b/a KOWALSKI PLUMBING AND HEATING, and MICHELLE WINICK d/b/a MICHELLE WINICK DESIGN, and MICHAEL GIDRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-v<br><br>YELLOWPAGES.COM, LLC,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 09-2382 (PGS) – (ES) |

**CERTIFICATION OF MICHAEL GIDRO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT, YELLOWPAGES.COM, LLC'S MOTION TO TRANSFER THIS ACTION TO THE UNITED STATES DISTRICT COURT OF NEW YORK**

1. I am a resident of New Jersey and an attorney at law to practice in the State of New Jersey. My practice includes bankruptcy among other types of law.

2. I was interested in expanding my bankruptcy practice so on, or about, September 15, 2008, I met with Defendant Yellowpages.com's salesperson Cheryl D'Elia ("D'Elia").

3. My office is located in Teaneck, New Jersey.

4. Ms. D'Elia presented the Yellowpages.com advertising services.

5. When I agreed to sign up for Yellowpages.com advertising services, I was told by Ms. D'Elia to sign on the screen of her laptop.

6. There was no reference, within the view of laptop screen, that stated anything about any Terms and Conditions.

7. After I signed up, Ms. D'Elia said I would receive a copy of what I signed by email.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2010.

_____
MICHAEL GIDRO